DANIEL G. BOGDEN
United States Attorney
District of Nevada
ELHAM ROOHANI
Assistant United States Attorney
501 Las Vegas Blvd So., Ste. 1100
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6020
elham.roohani@usdoj.gov

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>LONNY JOSEPH DITIRRO, JR.,<br><br>Defendant. | Case No. 2:16-cr-00216-KJD-VCF<br><br>**UNOPPOSED MOTION TO UNSEAL SEARCH WARRANT** |

The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrant that was issued as part of the investigation in this case. The parties are seeking to unseal the warrant so that both parties can have complete copies of the warrant.

The case number of the search and seizure warrant the parties are seeking to unseal is: 2:16-mj-442-CWH.

The warrant, which was filed on May 16, 2016 is captioned: "In the matter of the search of 920 Sierra Vista Drive, Apartment D-8, City of Las Vegas, County of Clark, State of Nevada."

…

…

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Respectfully submitted,
For the United States:

DANIEL G. BOGDEN
United States Attorney

//s//
_____
ELHAM ROOHANI
Assistant United States Attorney

For the Defense:

//s//
_____
RYAN NORWOOD, ESQ.
Attorneys for Defendant

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

8-23-2016
_____
Date

2