DANIEL G. BOGDEN
United States Attorney
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LONNY DITIRRO,<br><br>    Defendant. | Case No.: 2:16-cr-216-KJD-VCF<br><br>**STIPULATION TO CONTINUE DEADLINE FOR RESPONSE AND REPLY TO MOTION TO SUPPRESS EVIDENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Ryan Norwood, counsel for Lonny Ditirro, that the Response to the Motion to Suppress Evidence deadline currently set for November 10, 2016, be continued and reset to December 2, 2016; and that the Reply to the Motion to Suppress Evidence deadline be set to December 16, 2016. The parties will also be filing a motion to continue trial dates to accommodate these new deadlines.

This Stipulation is entered into for the following reasons:

1.    Counsel for the Government was recently hospitalized after emergency surgery, which delayed the ability to adhere to the

1

currently set schedule.

2. Counsel for the Government will be trial on November 14, 2016 in *United States v. Fuechtener*. Accordingly, counsel for the Government has been diligently preparing for trial and is unable to adhere to the currently set schedule.

3. Counsel for the Government made contact with defendant's counsel who advised he did not object to the continuance.

4. The defendant is in custody, but does not object to a continuance of the deadline.

5. The additional time requested herein is not sought for purposes of delay, but to allow for counsel for the Government to file the response taking into account due diligence and unforeseen delays in obtaining the hearing transcripts.

6. This is the <u>first</u> request to extend the objection to the report and recommendation deadline.

DATED this 10th day of November, 2016.

| | |
|---|---|
| DANIEL G. BOGDEN,<br>United States Attorney | RYAN NORWOOD, ESQ. |
| By: /s/ Elham Roohani<br>ELHAM ROOHANI<br>Assistant United States Attorney | By: /s/ Ryan Norwood<br>RYAN NORWOOD, ESQ.<br>Counsel for Lonny Ditirro |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr-216-KJD-VCF |
| ) | |
| Plaintiff, ) | **ORDER ON STIPULATION** |
| ) | |
| vs. ) | |
| ) | |
| LONNY DITIRRO, ) | |
| ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Counsel for the Government was recently hospitalized after emergency surgery, which delayed the ability to adhere to the currently set schedule.

2. Counsel for the Government will be trial on November 14, 2016 in *United States v. Fuechtener*. Accordingly, counsel for the Government has been diligently preparing for trial and is unable to adhere to the currently set schedule.

3. Counsel for the Government made contact with defendant's counsel who advised he did not object to the continuance.

4. The defendant is in custody, but does not object to a continuance of the deadline.

5. The additional time requested herein is not sought for purposes of delay, but to allow for counsel for the Government to file the response taking into account due diligence and unforeseen delays in obtaining the hearing transcripts.

6. This is the <u>first</u> request to extend the objection to the report and recommendation deadline.

THEREFORE, FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Response to the Motion to Suppress Evidence deadline is vacated reset to December 2, 2016; and that the Reply to the Motion to Suppress Evidence deadline is set to December 16, 2016.

Dated this 10th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE