# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LONNY DITIRRO,

    Defendant.

Case No. 2:16-CR-00216-KJD-VCF

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#43) of Magistrate Judge Cam Ferenbach entered April 17, 2017, recommending that Defendant's Motion to Suppress Evidence (#23) be granted in part and denied in part. The Defendant filed Objections (#67) and Supplemental Objections (#74). The Government filed a response to the Objections and Supplement (#75).

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#43) of the United States Magistrate Judge entered April 17, 2017, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#43) entered April 17, 2017, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress Evidence (#23) is **GRANTED in part and DENIED in part**.

DATED this 5th day of December 2017.

_____
Kent J. Dawson
United States District Judge