```
DAYLE ELIESON
United States Attorney
District of Nevada
ELHAM ROOHANI
Assistant United States Attorney
Nevada Bar Number 12080
501 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 388-6336
Email: elham.roohani@usdoj.gov
```

```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         APR 24 2018

                       CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
               BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SUPERSEDING CRIMINAL INDICTMENT** |
| Plaintiff, | Case No: 2:16-cr-0216-KJD-VCF |
| vs. | **VIOLATIONS:** |
| LONNY JOSEPH DITIRRO, JR., | **COUNT I** Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a) |
| Defendant. | **COUNT II** Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a) |
| | **COUNT III** Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a) |
| | **COUNT IV** Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a) |
| | **COUNT V** Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5) |
| | **FORFEITURE ALLEGATIONS** Criminal Forfeiture, 18 U.S.C. § 2253 |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
### *Sexual Exploitation of Children*

Beginning on a date unknown, and continuing to on or about July 10, 2014, in the State and Federal District of Nevada,

**LONNY JOSEPH DITIRRO, JR.,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, "R.B.," to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### *Sexual Exploitation of Children*

Beginning on a date unknown, and continuing to on or about March 3, 2015, in the State and Federal District of Nevada,

**LONNY JOSEPH DITIRRO, JR.,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, "C.A.," to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
### *Sexual Exploitation of Children*

Beginning on a date unknown, and continuing to on or about August 12, 2015, in the State and Federal District of Nevada,

**LONNY JOSEPH DITIRRO, JR.,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, "S.M.," to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### *Sexual Exploitation of Children*

Beginning on a date unknown, and continuing to on or about August 14, 2014, in the State and Federal District of Nevada,

**LONNY JOSEPH DITIRRO, JR.,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, "T.H.," to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE
### *Possession of Child Pornography*

Beginning on a date unknown, and continuing to on or about September 10, 2015, in the State and Federal District of Nevada,

**LONNY JOSEPH DITIRRO, JR.,**

defendant herein, did knowingly possess any book, magazine, periodical, film, videotape, computer disk, and any other material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION
### *Sexual Exploitation of Children and Possession of Child Pornography*

1. The allegations contained in Counts One, Two, Three, Four, and Five of this Criminal Indictment are Hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1), 2253(a)(2), and 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts One, Two, Three, Four, and Five of this Criminal Indictment,

**LONNY JOSEPH DITIRRO, JR.,**

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251 and 2252A, and any book, magazine, periodical, film, videotape, and other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped and received in violation of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B):

defendant herein, shall forfeit to the United States of America, any property, real and personal, constituting and traceable to gross profits and other proceeds obtained from violations of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B):

defendant herein, shall forfeit to the United States of America, any property, real and personal, used and intended to be used to commit and to promote the commission of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B) and any property traceable to such property:

(1) SanDisk Micro Secure Digital Card (16GB) Ultra Plus.

(all of which constitutes property).

All pursuant to Title 18, United States Code, Sections 2251(a), 2251(e), 2252A(a)(5)(B), and 2252A(b)(2).

DATED: this 24th day of April, 2018.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DAYLE ELIESON
United States Attorney

*Elham Roohani* (signature)

ELHAM ROOHANI
Assistant United States Attorney

5