DAYLE ELIESON
United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
Counsel for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-216-KJD-(VCF) |
| Plaintiff, | |
| v. | Bill of Particulars for Forfeiture of Property |
| LONNY JOSEPH DITIRRO, JR., | |
| Defendant. | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

This Bill of Particulars for Forfeiture of Property is a clarification of, and is more specific than, the Forfeiture Allegation of the Superseding Criminal Indictment (ECF No. 80), and the United States hereby gives notice to the defendant of this clarification and specificity with this Bill of Particulars concerning the Forfeiture of the Property:

**FORFEITURE ALLEGATION**
**Sexual Exploitation of Children and Possession of Child Pornography**

1. The allegations contained in Counts One though Five of the Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging

forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1), 2253(a)(2), and 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts One through Five of the Superseding Criminal Indictment,

**LONNY JOSEPH DITIRRO, JR.,**

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B):

defendant herein, shall forfeit to the United States of America, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from violations of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B):

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B) or any property traceable to such property:

SanDisk Micro Secure Digital Card (16GB) Ultra Plus.

All pursuant to Title 18, United States Code, Sections 2251(a), 2252A(a)(5)(B), 2253(a)(1), 2253(a)(2), and 2253(a)(3).

DATED this 9th day of May, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ *Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on May 9, 2018.

      /s/ Priscila Matera Whalen
PRISCILA MATERA WHALEN
FSA Paralegal