UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LONNY JOSEPH DITIRRO,<br><br>Defendant. | Case No. 2:16-cr-216-KJD-VCF<br><br>**ORDER** |

Before the Court is the Government's Motion in Limine Regarding Admissibility of Trade Inscriptions (#94) to which Defendant filed a Statement of Non-Opposition (#101). There being no opposition, the Court **GRANTS** the Government's Motion in Limine Regarding Admissibility of Trade Inscriptions (#94).

Dated this 9th day of October, 2018.

Kent J. Dawson
United States District Judge