<u>EXHIBIT LIST</u>

Case No. 2:16-cr-216-KJD-VCF
UNITED STATES OF AMERICA v. LONNY JOSEPH DITIRRO
Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 1 | | **Physical Exhibit**<br>SanDisk Ultra PLUS 16 GB MicroSD Card<br><br>**(CONTAINS CONTRABAND)** |
| | | 2 | | **CD**<br>Defendant's Post-*Miranda* Interview<br>(Selected Portions) |
| | | 3 | | **Photo**<br>MicroSD Card and Impound Envelope |
| | | 4 | | **Photocopy Enlarged**<br>Trade Inscription from SD Card |
| | | 5 | | **CD/Thumbdrive**<br>Full contents of SD Card<br><br>**(CONTAINS CONTRABAND)** |
| | | 6 | | **Photos**<br>Screenshot of All Folders from SD Card |
| | | 7 | | **CD**<br>Contents of folder "KIK"<br>Screenshot contents of folder<br>734ae445-279e-498f-8537-fc42b7bd6825<br><br>**(CONTAINS CONTRABAND)** |
| | | 8 | | **CD**<br>Contents of folder "Me"<br>WP_20140529_006<br>IMAG0619<br>99aef665-7814-40d4-a9b7-e4a68940479f |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | |
| | | | | |
| | | 9 | | **CD**<br>Contents of folder "Me restricted"<br>b33461d9-c573-44c4-a7e4-dcc446efb9f9<br><br>**(CONTAINS OBSCENITY)** |
| | | 10 | | **DVD**<br>Contents of folder "Kik3"<br>Lonny DiTirro Resume-1<br><br>**(CONTAINS CONTRABAND)** |
| | | 11 | | **CD**<br>Contents of folder "R.B. 14"<br>Fucking hard in daddy's back yard.mp4<br>Feet together hard fuck.mp4<br><br>**(CONTAINS CONTRABAND)** |
| | | 12 | | **Photos**<br>Identification stills from R.B. |
| | | 13 | | **DVD**<br>Contents of folder "C.A. 15"<br>Screenshot_2014-8-11-18-36-41<br>WP_20141103_011<br>WP_20141103_010<br><br>**(CONTAINS CONTRABAND)** |
| | | 14 | | **Photos**<br>Identification stills from C.A. |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | |
| | | | | |
| | | 15 | | **CD**<br>Contents of folder "S.M."<br>210B0273-f60a-42cd-ba55-d35c2565db4<br>874528e3-a2c8-484b-b3fc-fd0ed011a5e0<br>Screenshot_2014-08-13-20-41-54<br>Screenshot_2014-08-23-14-20-16<br>WP_20140915_001<br><br>**(CONTAINS CONTRABAND)** |
| | | 16 | | **Photos**<br>Identification stills from S.M. |
| | | 17 | | **CD**<br>Contents of folder 'T.H. 13"<br>VIDEO0014<br>146eao1c-fd40-401a-8bbc-ee9ad90f8e47<br>987ea3c1-3375-4a89-8d8f-290aaa5d1d35<br><br>**(CONTAINS CONTRABAND)** |
| | | 18 | | **Photos**<br>Identification stills from T.H. |
| | | 19 | | **CD**<br>Contents of folder "real lolicon"<br>Contents of folder "real women"<br>Contents of folder "H.L. 14"<br>Contents of folder "K.W. 13"<br>Contents of folder "K.R. 34"<br>Contents of "A" folder<br>Screenshot Downloads Folder<br>Screenshot KIK Folder<br>Screenshot Kik3 Folder<br><br>**(CONTAINS CONTRABAND)** |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | 20 | | **Document**<br>ECF No. 48 (selection, redacted) |
| | | | | |
| | | 21 | | **Photos**<br>R.B., C.A., S.M., and T.H. from SD Card |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |