DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
LAW OFFICE OF DAVID R. FISCHER
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: federal@fischerlawlv.com
*Attorney for Defendant* LONNY JOSEPH DITIRRO

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNY JOSEPH DITIRRO,<br><br>Defendant. | Case No.  2:16-cr-00216-KJD-VCF<br><br>**SENTENCING EXHIBITS** |

Comes now, Defendant, LONNY JOSEPH DITIRRO, by and through his counsel of record, DAVID R. FISCHER, Esq., and hereby respectfully submits the following exhibits for the Court's consideration prior to sentencing.

DATED this 25th day of April, 2019

*/s/ David R. Fischer*
DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
LAW OFFICE OF DAVID R. FISCHER
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101

Counsel for Defendant DITIRRO

# EXHIBIT A

April 19, 2019

Sheila Di Tirro

██████████████

El Paso, TX. 79924

(915)316████

c/o David Fisher
400 South 4th Street, Suite 500
Las Vegas, NV 89101

Case: 2;16CR00216

Dear Your Honor,

My son's name is Lonny Joseph Di Tirro Jr. He's been known as LJ since he was a small child. All I want you to know is that I love my son and I miss him dearly. LJ has always been a good son; he will do anything for anybody. LJ is outgoing, loving and kind. He has a meek, shy and humble personality. He loves basketball, movies and good food.

Your Honor, I'm not one to complain but I suffer from depression along with many other ailments. LJ has a way of staying cheerful even since he's been incarcerated which keeps me happy and keeps me from being so depressed. What I mean to say is he is a happy go luck person; he is funny, and he is great at lifting everyone's spirits.

I am asking you to please take in account that even though LJ is 36 in age. he mentally behaves like a 17-year-old. In my opinion, LJ really needs some help and counseling. I know my son has been convicted of doing wrong; but I am praying that you will have mercy and leniency when sentencing my only child.

Very Truly,

Sheila Di Tirro

Sheila Di Tirro

# EXHIBIT B

Nina Faye Adams

El Paso, TX. 79924
(915)316-

c/o David Fisher
400 South 4th Street, Suite 500
Las Vegas, NV 89101

RE: Lonny J. DiTirro

Case: 2;16CR00216

I am writing this letter to ask for leniency on the sentencing of my nephew Lonny J. DiTirro Jr. when a child grows up and you send them off into the world one can only hope and pray that the child has been taught right. You Hope that they would cause no harm to others and that they would believe in God. When it turns out that it is your child or your nephew who has done the wrong there is a shock that spreads throughout the family, and you wonder why., but no answers come. I have known Lonny all his life, I even helped to give him his nick name L.J. I have found him to be a quiet gentle man who is a bit naïve when it comes to the world, and the choices he makes. His chronological age group is not the same as his mental age. When he is in his 20-30's years of age his mental age group is much younger like that of a teenager. I know this because of the childish, clownish ways he acts when he is around me. Which is the reason I think some leniency on Lonny's sentencing should be taken into consideration. He is like a child and prison is going to destroy him. He needs counseling and help.

I believe Lonny is a good person and has always been respectful and kind to those around him. I think he may need counseling to help him realize the mental age groups that are appropriate for him to date within. I don't think he needs to lose his entire life because of the mistakes he made. He needs to have a chance to make amends and to get the help he needs.

Thank you

Nina Adams

Nina F. Adams

# EXHIBIT C

Cyindi Knolley

El Paso, TX. 79924
(915)316-

c/o David Fisher
400 South 4th Street, Suite 500
Las Vegas, NV 89101

RE: Lonny J. DiTirro

Case: 2;16CR00216

I am writing to you to ask for mercy and leniency on my nephews Lonny DiTirro's sentencing. I remember when Lonny was first born, he was the first grandbaby out of five kids, and we all were so excited and happy. When growing up Lonny was a very happy kid. We all used to fight over him like he was our kid. We all were very proud of Lonny when he graduated from high school. My mom and dad, sisters' brother, aunts and uncles, cousins, friends and my family, came from all over the world to Las Vegas to see the first grandchild in our family to walk across that stage and receive his diploma.

Lonny has grown up to be a very shy young man and has always been respectful and kind to others. He was raised to trust and believe in God. He has always been my favorite nephew. He's like being around a seventeen-year-old than his true age. That's why when I heard for the first time that Lonny went to jail it was unbelievable. This is not the same Lonny that I know and love, not the child that I helped to raise and was so proud of. I believe that Lonny is going to need a lot of help and counseling rather than just sent to the wolves for the rest of his life.

I believe Lonny can change with the proper help and guidance that he needs. I really don't think my nephew knew that he was really doing anything wrong when he was arrested. Lonny has never been in trouble his whole life and I'm asking you as an aunt and a mother to please look over Lonny's case once again. Talk to him once more and then ask God to guide you when you make your decision on how long this young man Lonny (LJ) should be sentenced.

Thank you and may God bless you

Cyindi Knolley

Cyindi Knolley