**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00216-KJD-VCF |
| vs. | **ORDER** |
| LONNY JOSEPH DITIRRO, JR., | |
| Defendant. | |

Before the Court is Plaintiff's motion to remove Dan Hill as attorney (ECF NO. 175).

Dan Hill, Esq. was appointed as counsel of record for Lonny Joseph Ditirro on May 22, 2019. (ECF No. 151). Mr. Ditirro filed the instant motion on his own behalf. (ECF No. 175).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file a document on his own behalf. *See* Local Rule IA 11-6(a).

This is matter is also pending before the Supreme Court of the United States on a petition for writ of certiorari. (ECF No. 173).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to remove Dan Hill as attorney (ECF NO. 175) is STRICKEN.

The Clerk of Court is directed to STRIKE the Plaintiff's motion to remove Dan Hill as attorney (ECF NO. 175) from the docket.

DATED this 18th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE