UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:16-cr-216-KJD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| LONNY JOSEPH DITIRRO, JR, | |
| Defendant. | |

Before the Court is Plaintiff's Motion to Extend Time (#195). Having read and considered Plaintiff's motion and good cause having been found, Plaintiff's motion is hereby granted. Plaintiff's response to Defendant's 28 U.S.C. § 2255 motion (#177) is due by June 21, 2023.

Dated this 17th day of May 2023.

_____
Kent J. Dawson
United States District Judge